# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina ▼

Civil Division

FILED
CHARLOTTE, NC

AUG 20 2021

US DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| Jimmie Lloyd | ) Case No. 3:21cv 438 - moc |
| | ) *(to be filled in by the Clerk's Office)* |
| | ) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) Jury Trial: *(check one)* ☑ Yes ☐ No |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| **-v-** | ) |
| Richard A. Zimmerman, Director | ) |
| Debbie Faile, head of Security | ) |
| Cedar Fair Entertainment Company | ) |
| | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.)* | ) |

## COMPLAINT FOR A CIVIL CASE

I.      **The Parties to This Complaint**

A.      **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jimmire Lloyd |
| Street Address | 415 E Lloyd Street |
| City and County | Mullins |
| State and Zip Code | SC 29574 |
| Telephone Number | 917-6540-0857 |
| E-mail Address | lloydjimmie@rocketmail.com |

B.      **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

The policies of Cedar fair enertainment companyr after security is callited (AUTOMATIC EJECTION) is an automatic violation of the 8th amendment as with the humiliating ejection from the park by security and state police without justifiable cause, without a refund surely amounts to the violation of ones 8th amendment oF the constitution, which is to be free from cruel and unusual punishment.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

    The plaintiff, *(name)* Jimmie Lloyd _____, is a citizen of the State of *(name)* South Carolina _____.

    b.  If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

    and has its principal place of business in the State of *(name)*

    _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

    The defendant, *(name)* Richard A. Zimmerman _____, is a citizen of the State of *(name)* Ohio _____. Or is a citizen of *(foreign nation)* _____.

b.    If the defendant is a corporation

The defendant, *(name)*  Cedar Fair Entertainment Company  , is incorporated under

the laws of the State of *(name)*  North Carolina  , and has its

principal place of business in the State of *(name)*  Ohio  .

Or is incorporated under the laws of *(foreign nation)*  N/A  ,

and has its principal place of business in *(name)*  Charolette North Carolina  .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The amount in question is $357.00 dollars but the Plaintiff Jimmie LLoyd ask that the jury award civil right damages. Plaintiff is seeking relief for the constitutional violation expedited by the policies of Carolwinds LLC, Richard A. Zimmerman Director and Debbie Faile head of security in the above caption.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On July 14,2021 I Jimmie purchased three admission tickets to Carolwinds Amusement park in NC. I Jimmie, Brenda mcClellan my dauther Sariya Lloyd who was visiting from New York entered the park between the hour of 11:30am or 12:00am. We noticed that their was long lines so we deciced that the fast lane passes would help us avoid long lines. Me and my daugther Sariya found a ride that we wanted to get on so we headed for the fast lane line in which we were the only two people on the fast lane line. The employee who was in charge of the ride wounldn"t honor the fast lane passes. Me and the employee went back and forth about who was right and wrong. My daughter started criying then employee called security who ejected my family out the park without a refund.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

For the humiliation of me and my daugther Sariya Lloyd as well my girl friend Brenda McClellan, the plaintiff is seeking $50.000 dollars for the cruel policies of Cedar Fair Entertainment which are enforced by Richard A. Zimmerman and carried out by Debbie Faile. The plaintiff also seeks $50.000 dollars for the policy that is created to violate a persons eight amendment to the constitution which is to free of cruel and unusual punishment. A change of policy should be implemented immediately regarding ejecting people out the their amusemnt park for standing up for their rights. Their policy of ejecting people out of the park should fall flat on its face for it has no ground to stand on. The plaintiff also ask that the jury award what ever they see fit in this instance..

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          08/17/2021

Signature of Plaintiff         Jimmie Lloyd

Printed Name of Plaintiff      Jimmie LLoyd

### B.     For Attorneys

Date of signing:

Signature of Attorney          PRO Se

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address